# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

KYLE BRYANT o/b/o
DONALD BRYANT                                                    PLAINTIFF


V.                          NO. 3:12CV00119 JTR


CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                  DEFENDANT


## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 12th day of June, 2013.


_____
UNITED STATES MAGISTRATE JUDGE